USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
        -against-  :      22-CR-161 (VEC)
:
MULLAH BAKHSH GHULAM MOHAMMAD  :      ORDER
SALEH,  :
:
                Defendant.  :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 21, 2023, the parties appeared for an arraignment before Magistrate Judge Willis; and

    WHEREAS the parties requested that the Court schedule a status conference in this matter.

    IT IS HEREBY ORDERED that a status conference will be held on **Monday, May 1, 2023 at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  April 25, 2023
         New York, NY

                                        **VALERIE CAPRONI**
                                        **United States District Judge**