USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                       :
:
      -against-                                     :       22-CR-161 (VEC)
:
MULLAH BAKHSH GHULAM MOHAMMAD   :       ORDER
SALEH,                                                         :
:
                    Defendant.          :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a status conference in this matter is currently scheduled for Monday, July 10, 2023.

    IT IS HEREBY ORDERED that the status conference is ADJOURNED to **Tuesday, September 12, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

    IT IS FURTHER ORDERED that time is hereby excluded until **September 12, 2023,** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial given the need to provide defense counsel with adequate time to review discovery in this matter and to permit the Defendant, who requires the assistance of an interpreter, to engage in a meaningful conversation with defense counsel.

**SO ORDERED.**

Date: July 7, 2023
      New York, NY

                                 _____
                                 **VALERIE CAPRONI
                                 United States District Judge**