```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
        -against-                          :                22-CR-161 (VEC)
:
MULLAH BAKHSH GHULAM MOHAMMAD    :                ORDER
SALEH,                                             :
:
        Defendant.                        :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that a status conference in this matter will be held on **Friday, May 31, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The Court intends to set a motion schedule and a trial schedule at that conference.

IT IS FURTHER ORDERED that time is hereby excluded until **May 31, 2024,** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the need to provide defense counsel with adequate time to review discovery in this matter and to permit the Defendant, who requires the assistance of an interpreter, to engage in a meaningful conversation with defense counsel.

**SO ORDERED.**

                                                              _____

**Date:  February 27, 2024**                                          **VALERIE CAPRONI**
        **New York, NY**                                                 **United States District Judge**