```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

      -against-                              22-CR-161 (VEC)

MULLAH BAKHSH GHULAM MOHAMMAD      ORDER
SALEH,

                     Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that a change of plea hearing in this matter will be held on **Tuesday, July 2, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: June 28, 2024
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**