```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -against-                                              :    22-CR-161 (VEC)
                                                                   :
MULLAH BAKHSH GHULAM MOHAMMAD                                      :    ORDER
SALEH,                                                             :
                                                                   :
                                    Defendant.                     :
                                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a change-of-plea hearing on July 2, 2024; and

WHEREAS at the hearing, the Defendant entered a plea of guilty to the lesser included offense of Count One of the Indictment, conspiracy to import 100 grams and more of mixtures and substances containing a detectable amount of heroin, which was accepted by the Court.

IT IS HEREBY ORDERED that the sentencing hearing in this matter will take place on **Monday, November 4, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' sentencing submissions are due on **October 21, 2024**.


**SO ORDERED.**

**Date:  July 2, 2024**                                    _____
**New York, NY**                                                     **VALERIE CAPRONI**
                                                                **United States District Judge**