**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

October 15, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2024

**Via ECF and Email**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Mullah Saleh,* 22 Cr. 161 (VEC)

Dear Judge Caproni:

I write with the consent of the government to respectfully request an adjournment of Mr. Saleh's sentencing hearing of approximately 60 days. The hearing is currently scheduled for November 4, 2024. In preparation for sentencing, our office retained a clinical psychologist to assess Mr. Saleh. That expert recently met with Mr. Saleh and is in the process of completing his final report. The process has been complicated by language differences and expert visit scheduling at the MDC. An adjournment of Mr. Saleh's sentencing hearing will allow me to complete the collection of relevant mitigation materials, and effectively prepare for his sentencing.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Counsel for Mr. Saleh
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Kaylan Lasky (via ECF)
      AUSA Alexander Li (via ECF)

Application GRANTED.  Mr. Saleh's sentencing is ADJOURNED to **Wednesday, January 8, 2025, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Sentencing submissions are due **December 19, 2024**.

SO ORDERED.

*[signature]*   10/16/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE