

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

January 3, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2025

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Mullah Bakhsh Ghulam Mohammad Saleh, 22 Cr. 161 (VEC)

Dear Judge Caproni:

The Government respectfully submits this letter, with the defendant's consent, to seek a brief adjournment of the defendant's sentencing proceeding, which is currently scheduled for January 8, 2025 at 10:30 a.m. The Government respectfully requests that the proceeding be adjourned to January 10, 2025 at 10:30 a.m., which is a time that the Government understands the Court and the defendant are also available.

Respectfully submitted,

EDWARD Y. HIM
Acting United States Attorney

by:  /s/
Alexander Li / Kaylan Lasky
Assistant United States Attorneys
(212) 637-2265/-2315

cc: Tamara Giwa, Esq. (by email)

---

Mr. Saleh's sentencing is ADJOURNED to **Wednesday, January 8, 2025**, at 3:00 P.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED

*[signature]*   1/3/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE