UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against –

MULLAH BAKHSH GHULAM
MOHAMMAD SALEH,

             Defendant.

- - - - - - - - - - - - - - - - - X

ORDER OF JUDICIAL REMOVAL

Criminal Docket No. 22 CR 161 (VEC)

Upon the application of the United States of America, by Kaylan Lasky, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of MULLAH BAKHSH GHULAM MOHAMMAD SALEH (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Pakistan and citizen of Bahrain.

3. On or about April 20, 2023, the defendant was paroled into the United States for the purpose of criminal prosecution, pursuant to Section 212(d)(5) of the Immigration and Nationality Act of 1952, as amended, ("Act" or "INA").

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offense: conspiring to import one hundred grams or more of mixtures and substances containing a detectable amount of heroin, in violation of 21 U.S.C. § 963, 952(a), 959(a), 960(a)(1), 960(a)(3), and 960(b)(2)(A).

5. A total maximum sentence of 40 years' imprisonment may be imposed for the above-mentioned offense.

6. The defendant is subject to removal from the United States pursuant to Section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. § 1227(a)(2)(A)(iii), as an alien who is convicted of an aggravated felony, as defined under section 101(a)(43)(U) of the Act 8 U.S.C. § 1101(a)(43)(U), at any time after admission.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the Act, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Pakistan or in the alternative Bahrain as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Pakistan or in the alternative Bahrain.

Dated: New York, New York
       1 • 8       , 2025

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE