**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

April 3, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2025

Via ECF and Email

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Mullah Saleh,* 22 Cr. 161 (VEC)

Dear Judge Caproni:

    I write with the consent of the government to respectfully request permission to provide a redacted copy of Mr. Saleh's sentencing transcript to counsel seeking to file amici briefs on Mr. Saleh's appeal, currently pending before the Circuit. Mr. Saleh's sentencing transcript is under seal because it includes sensitive information. If this request is granted, I will redact all sensitive information before providing it to appellate counsel.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Tamara L. Giwa
Counsel for Mr. Saleh
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Kaylan Lasky (via ECF)
       AUSA Alexander Li (via ECF)

Application GRANTED.

SO ORDERED.

*/s/ Valerie Caproni*   4/4/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE